# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TROY BARRETT** *ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED* | : : : : : | CIVIL ACTION |
| v. | : : : : : | No. 22-4708 |
| **THE TJX COMPANIES, INC.,** et al. | : | |

# ORDER

**AND NOW**, this 26th day of March, 2024, upon consideration of Plaintiff's Motion to Remand to State Court (ECF No. 7), Defendants' response in opposition (ECF No. 14), and Plaintiff's reply brief (ECF No. 21), it is hereby **ORDERED** that Plaintiff's motion is **GRANTED**. This case is remanded to the Court of Common Pleas of Philadelphia County pursuant to 28 U.S.C. § 1447(c).

BY THE COURT:

_____
HON. MIA R. PEREZ